# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Maura Kane,<br><br>        Debtor. | Case No. 22-12093-mdc<br><br>Chapter 13 |

## Debtor's Motion to Dismiss Case

**AND NOW**, Debtor Maura Kane, by and through her attorney, moves this Court for voluntary dismissal of this case pursuant to 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013, and L.B.R. 10172-(a). This case has not that this case has not been converted previously under 11 U.S.C. §§706, 1112 or 1208.

**NOW, THEREFORE**, the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in her favor as may be necessary and proper under the law.

Date: March 28, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael I. Assad
    Michael I. Assad (#330937)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com

## Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Motion to Dismiss Case and the proposed order to be served on all parties listed on the clerk's service list through the CM/ECF system.

Date: March 28, 2024

/s/ Michael I. Assad
Michael I. Assad