**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Maura Kane,<br><br>Debtor. | Case No. 22-12093-pmm<br><br>Chapter 13 |

**Order Granting Debtor's Motion to Dismiss**

**AND NOW**, upon consideration of the Debtor's Motion to Dismiss, *see* 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013, and the Court having considered the record and finding that this case has not been converted previously under 11 U.S.C. §§706, 1112 or 1208, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. All wage orders presently in effect are **VACATED**.
3. This case is **DISMISSED**.

Date: **April 2, 2024**

_____
Patricia M. Mayer
U.S. Bankruptcy Judge