United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 22-12093-pmm
Maura Kane Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: Apr 02, 2024      Form ID: pdf900      Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maura Kane, 419 Rutgers Court, Bensalem, PA 19020-8202 |
| NONE | + | Bensalem Village Association, Clemons Richter & Reiss, PC, 2003 South Easton Road, Suite 300, 2003, Doylestown, PA 18901-7100 |
| cr | + | Bucks County Water & Sewer Authority, 1275 Almshouse Road, Warrington, PA 18976-1209 |
| 14719064 | + | Bensalem Township, 2400 Byberry Road, Bensalem, PA 19020-6102 |
| 14719062 | + | Bensalem Township School District, 3000 Donallen Dr, Bensalem, PA 19020-1898 |
| 14719067 | + | Bensalem Village Condo Association, c/o Clemons, Richter and Reiss, 2003 S. Easton Road, STE 300, Doylestown, PA 18901-7100 |
| 14715628 | + | Bensalem Village Condominium Association, c/o Stefan Richter, Esq., Clemons Richter & Reiss, PC, 2003 South Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 14715393 | + | Bensalem Village Condominium Association, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, P.C., 2003 South Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 14719061 | + | Bucks County Administration Building, 55 East Court Street, Doylestown, PA 18901-4318 |
| 14719065 | + | Bucks County Water and Sewer Authority, PO Box 3895, Lancaster, PA 17604-3895 |
| 14714429 | + | Cibik Law, PC, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14719063 | + | Keystone Collections Group, PO Box 539, Irwin PA 15642-0539 |
| 14720914 | + | New Rez LLC, dba Shellpoint Mortgage Servicing, c/o Joshua L. Goldman,Esq., 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 14714439 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14714441 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14713266 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14713432 | + | Synchrony Bank, c/o Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 03 2024 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 03 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 03 2024 00:25:32 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | ^ | MEBN | Apr 03 2024 00:13:42 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 14733195 | + | Email/Text: Bankruptcy@keystonecollects.com | Apr 03 2024 00:17:00 | Bensalem Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14714430 | | Email/Text: megan.harper@phila.gov | Apr 03 2024 00:17:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14714427 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 03 2024 00:25:44 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

Case 22-12093-pmm    Doc 104    Filed 04/04/24    Entered 04/05/24 00:35:21    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 02, 2024 | Form ID: pdf900 | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| 14716173 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 03 2024 00:25:34 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14719069 | + | Email/Text: bankruptcy@cavps.com | Apr 03 2024 00:17:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14714431 | + | Email/Text: bankruptcy@philapark.org | Apr 03 2024 00:18:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14714432 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 03 2024 00:25:39 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14714433 | + | Email/Text: mrdiscen@discover.com | Apr 03 2024 00:17:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14714434 | | Email/Text: bankruptcycourts@equifax.com | Apr 03 2024 00:17:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14714435 | ^ | MEBN | Apr 03 2024 00:13:23 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14714436 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 03 2024 00:25:32 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 14714437 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 03 2024 00:17:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14714438 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 03 2024 00:17:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14714428 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 03 2024 00:25:38 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14719072 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 03 2024 00:25:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14717439 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 03 2024 00:17:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14729877 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 03 2024 00:17:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 14719066 | + | Email/Text: ecfbankruptcy@progleasing.com | Apr 03 2024 00:17:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14779233 | + | Email/Text: RASEBN@raslg.com | Apr 03 2024 00:17:00 | NewRez LLC, dba ShellPoint Mortgage Servicing, ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PA, 130 CLINTON RD #202, FAIRFIELD, NJ 07004-2927 |
| 14720803 | ^ | MEBN | Apr 03 2024 00:13:42 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 14778965 | + | Email/Text: RASEBN@raslg.com | Apr 03 2024 00:17:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, & Crane PL, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 14727506 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 03 2024 00:17:00 | NewRez LLC dba Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14722525 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 03 2024 00:17:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14719071 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 03 2024 00:17:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14725240 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 03 2024 00:17:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14727995 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 03 2024 00:25:38 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14719060 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 03 2024 00:17:00 | Peco Energy, 2301 Market Street # N 3-1, |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 02, 2024 | Form ID: pdf900 | Total Noticed: 56 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Philadelphia PA 19103-1380 |
| 14714440 | + | Email/Text: bankruptcy@philapark.org | Apr 03 2024 00:18:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14724057 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 03 2024 00:17:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14718308 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 03 2024 00:17:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14714442 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 03 2024 00:17:00 | Santander Consumer USA, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14714443 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 03 2024 00:17:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 14714445 | | Email/Text: DASPUBREC@transunion.com | Apr 03 2024 00:17:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14714444 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 03 2024 00:17:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 14729349 | | Email/PDF: bncnotices@becket-lee.com | Apr 03 2024 00:36:10 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14719068 | *+ | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14719070 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2024            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2024 at the address(es) listed below:**

**Name**            **Email Address**
JOSHUA I. GOLDMAN
                    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing Josh.Goldman@padgettlawgroup.com
                    angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

KENNETH E. WEST
                    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 02, 2024 | Form ID: pdf900 | Total Noticed: 56 |

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK

on behalf of Debtor Maura Kane help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD

on behalf of Debtor Maura Kane help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHELLE L. MCGOWAN

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

SCOTT C HOLBERT

on behalf of Creditor Bucks County Water & Sewer Authority scott@flagerlaw.com

STEFAN RICHTER

on behalf of Bensalem Village Association srichter@clemonslaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>　　　Maura Kane,<br><br>　　　　　　　Debtor. | Case No. 22-12093-pmm<br><br>Chapter 13 |

### Order Granting Debtor's Motion to Dismiss

**AND NOW**, upon consideration of the Debtor's Motion to Dismiss, *see* 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013, and the Court having considered the record and finding that this case has not been converted previously under 11 U.S.C. §§706, 1112 or 1208, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. All wage orders presently in effect are **VACATED**.
3. This case is **DISMISSED**.

Date: **April 2, 2024**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Patricia M. Mayer
　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge